IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JASON GUTTERMAN and
BENJAMIN GUTTERMAN,

     Plaintiffs,

v.                              Case No. 5:25-cv-230-AW-MJF

CITY OF LYNN HAVEN, et al.,

     Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS ASSERTED BY PLAINTIFF BENJAMIN GUTTERMAN AGAINST DEFENDANT JOSH NEWSOM ONLY

Plaintiff, BENJAMIN GUTTERMAN, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses all claims asserted by him against Defendant JOSH NEWSOM only. Defendant JOSH NEWSOM has not served an answer or a motion for summary judgment.

This dismissal applies only to all claims asserted by Plaintiff BENJAMIN GUTTERMAN against Defendant JOSH NEWSOM. This dismissal does not affect: (1) any claims asserted by Plaintiff JASON GUTTERMAN against Defendant JOSH NEWSOM; or (2) any claims asserted by either Plaintiff against any other Defendant.

1

Respectfully submitted this 20 day of March 2026.


/s/Kevin Alvarez
Kevin R. Alvarez, B.C.S.
Board Certified in Criminal Trial Law
Law Office of Kevin Alvarez P.A.
522 East Park Ave, Suite 100
Tallahassee, Florida 32301
FBN: 88527
Email: kevinalvarezesq@gmail.com
850-559-0050
ATTORNEY FOR PLANTIFF JASON AND BENJAMIN GUTTERMAN

**<u>CERTIFICATE OF SERVICE</u>**

     I HEREBY CERTIFY I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following on this 20th day of March 2026:

**JEFFREY JAMES GROSHOLZ**
**JOHN DAVID MARSEY**
**KAYLA ELIZABETH PLATT RADY**
RUMBERGER KIRK & CALDWELL PA - TALLAHASSEE FL
101 NORTH MONROE STREET
SUITE 1050
TALLAHASSEE, FL 32301
850-222-6550
Email: jgrosholz@rumberger.com
Email: dmarsey@rumberger.com
Email: krady@rumberger.com
ATTORNEYS FOR DEFENDANT CITY OF LYNN HAVEN

**ALYSSA M YARBROUGH**
**JENNIFER ALANE HAWKINS**
**WILLIAM G WARNER**
WARNER LAW FIRM - PANAMA CITY FL
501 W 11TH STREET SUITE A
PANAMA CITY, FL 32401
850-784-7772

2

Email: alyssayarbrough@warnerlaw.us
Email: jenniferhawkins@warnerlaw.us
Email: billwarner@warnerlaw.us
ATTORNEYS FOR DEFENDANT SHERIFF AND DEPUTIES

**JOSHUA BRIAN WALKER**
WALKER REVELS GRENINGER PLLC - ORLANDO FL
189 S ORANGE AVENUE
SUITE 1600
ORLANDO, FL 32801
407-789-1830
Fax: 321-251-2990
Email: jwalker@wrg.law
*ATTORNEY FOR DEFENDANT SUMERALL*


**BEN A ANDREWS**
**CHAD WAYNE DUNN**
PENNINGTON P.A.
215 S MONROE ST
SUITE 200
TALLAHASSEE, FL 32301
850-222-3533
Email: bandrews@penningtonlaw.com
Email: cdunn@penningtonlaw.com
ATTORNEYS FOR DEFENDANT NEWSOM

By:

/s/Kevin Alvarez
Kevin Alvarez, B.C.S.
Board-Certified Criminal Trial Law
Florida Bar Number 88527
Law Office of Kevin Alvarez P.A.
522 East Park Ave. Suite 100
Tallahassee, Florida 32301
Phone (850) 559-0050
Fax: (850) 999-7563
KevinAlvarezesq@gmail.com
Attorney for Plaintiff's JASON and BENJAMIN GUTTERMAN

3